UNITED STATES DISTRICT COURT

For the Northern District of Oklahoma

**FILED**

FEB 2 0 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

-----------------------------------------------------------------

Anthony Mills

                        Plaintiff

      v.

                      Complaint 26 CV - 0 9 2 SEH - JFJ

                      Case No.

Arlene Bluth

                        Defendant

-----------------------------------------------------------------

1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss 100269/2023, causing unreasonable cost to the parties,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands jury trial and $1 Million against Defendant.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 2/1/26

Anthony Mills

✓ Mail     ___ No Cert Svc     ___ No Orig Sign

___ C/J     ___ C/MJ     ___ C/Ret'd     ___ No Env

___ No Cpys     ✓ No Env/Cpys     ___ O/J     ___ O/MJ

IFP pending
☑ Summons



Anthony Mills
18 Marine Corps Dr,
Tamuning, Guam 96901

NEW YORK NY 100
NEW YORK NY 100

14 FEB 2026   PM 6 L
14 FEB 2026   PM 6 L

Postmarked 2/14/2026

UNITED STATES
OF AMERICA

FOREVER/USA

26 CV - 0 0 2 SEH - JFJ

RECEIVED

FEB 20 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

US District Court Clerk's Office
333 W. 4th Street, Room 411
Tulsa, OK  74103

74103-388199

Case 4:26-cv-00092-SEH-JFJ   Document 1 Filed in USDC ND/OK on 02/20/26   Page 2 of 3